# United States District Court
# Eastern District of California

Gabriel Ricardo Garcia Ruiz

Plaintiff(s)

V.

Christopher Chesnut, et. all

Defendant(s)

Case Number: 1:26cv4715 TLN CKD

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sergio Garcia hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Gabriel Ricardo Garcia Ruiz

On 06/17/2026 (date), I was admitted to practice and presently in good standing in the Utah Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/18/2026 Signature of Applicant: /s/ Sergio Garcia

**Pro Hac Vice Attorney**

Applicant's Name: Sergio Garcia

Law Firm Name: Garcia Law, PLLC

Address: 10931 Beckstead Lane

City: South Jordan State: UT Zip: 8495

Phone Number w/Area Code: (801) 900-3227

City and State of Residence: South Jordan, Utah

Primary E-mail Address: sergio@antorchalaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mariana L. Hanna

Law Firm Name: Law Offices of Mariana L. Hanna

Address: 402 West Broadway

Suite 1730

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: (319) 234-3635 Bar # 230127

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 07/21/26

Carolyn K. Delaney

Masgistrate JUDGE, U.S. DISTRICT COURT

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 6/16/2026

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Sergio  Garcia

This is to certify that Sergio  Garcia, Utah State Bar No. 15843 was admitted to practice law in Utah on 5/10/2016.

Sergio   Garcia is currently an ACTIVE member of the Utah State Bar in good standing.  “Good standing” is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

Maribeth LeHoux
General Counsel
Utah State Bar

No.2026 -1198415
verify by email at cogsrequest@utahbar.org